UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60693-CIV-SMITH

MARIETTE GELIN,

    Plaintiff

vs.

TRUSTED HOME CARE SERVICES, INC.,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 50], in which the Magistrate Judge recommends granting the parties' Joint Motion for Approval of Settlement and Fairness Determination [DE 46]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) Magistrate Judge's Report and Recommendation to District Judge [DE 50] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion for Approval of Settlement and Fairness Determination [DE 46] is **GRANTED.**

3) All pending motions are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of November 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record